AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

| | |
|---|---|
| BRETT L. FAGAN, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner | ) |
| of Social Security Administration, | |
| *Defendant* | |

Civil Action No.   13-CV-0410-TOR

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's Motion for Summary Judgment, ECF No. 11, is DENIED.  Defendant's Motion for Summary Judgment,
ECF No. 13, is GRANTED.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   THOMAS O. RICE _____ on cross motions for summary judgment.

Date:   December 29, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen

*(By) Deputy Clerk*

Linda L. Hansen